**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

LARRY ERDMAN

     VS                                          CASE NO.   3:06cv291/RV/MD

AMERICAN COMMERCIAL
BARGE LINE, LLC

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on _____ MAY 8, 2007 _____
Type of Motion/Pleading: <u>MOTION FOR CLARIFICATION OR RECONSIDERATION</u>
<u>OF [20] ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME AS MOOT</u>
Filed by: _____ DEFENDANT _____ on __ 5/4/07 __ Document _____ 21 _____
( )  Stipulated/Consented/Joint Pleading
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____
                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   __ s/L. James _____
                                   Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 8th day of May, 2007, that:

(a)  The requested relief is GRANTED.

(b)  Plaintiff shall serve his expert report(s) no later than May 22, 2007.  Defendant shall serve its expert report(s) within 30 days thereafter.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

_____
_____

                           Document No.